IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Roxanne Sellards | ) | Case No.: 1:20 CV 2676 |
| | ) | |
| Plaintiff | ) | Judge Solomon Oliver, Jr. |
| | ) | Magistrate Judge David A. Ruiz |
| vs. | ) | |
| | ) | |
| Midland Credit Management, Inc., *et al*. | ) | **First Amended Class Action Complaint** |
| | ) | |
| Defendants. | ) | |

Plaintiff Roxanne Sellards submits this First Amended Class Action Complaint pursuant to Fed. R. Civ. P. 15(A)(1)(b).  The original Complaint is incorporated in its entirety, including all claims, allegations, exhibits, and jury demand, except that paragraph 55 of the original Complaint is amended as follows to incorporate new Exhibits 7 and 8 (changes are highlighted in bold underline):

> 55. Defendants took impermissible court actions to attempt to collect money and cause confusion and harm to class members, including obtaining money through garnishments, including those listed in Exhibit 6 **and 7** hereto.  **See also, Exhibit 8.**

Respectfully submitted,

    /s/ Anand N. Misra
Anand N. Misra (#0067594)
The Misra Law Firm, LLC
3659 Green Road, Suite 100
Beachwood, Ohio 44122
(216) 752 3330
misraan@misralaw.com

Robert S. Belovich (#0024187)
Robert S. Belovich, Attorney LLC
9100 South Hills Blvd., Suite 325

        Broadview Heights, OH 44147
        (440) 503-8770
        rsb@belovichlaw.com

        Attorneys for Plaintiff

**Certificate of Service**

I hereby certify that a copy of the foregoing was electronically filed on December 24, 2020, with the Clerk of this Court using the CM/ECF system which will send, by email, notification of such filing to all counsel of record.

        /s/ Anand Misra
        Anand N. Misra (#0067594)
        One of the Attorneys for Plaintiff