# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROXANNE SELLARDS, | Case No. 1:20-cv-2676 |
| Plaintiff, | (Judge Charles E. Fleming) |
| -vs- | (Mag. Judge Thomas M. Parker) |
| ASSET ACCEPTANCE, LLC., *et al.* | NOTICE OF FILING [PROPOSED] AGREED ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT |
| Defendant. | |

Pursuant to the instructions set forth in the Minutes of Proceedings from the Fairness Hearing conducted on September 18, 2023, Plaintiff and Defendants hereby provide Notice of filing the attached [Proposed] Order Granting Final Approval of Class Settlement. The Proposed Order is attached hereto as Exhibit 1. A Word version of the Proposed Order was also sent directly to Chambers for Magistrate Thomas M. Parker.

Respectfully submitted,

*Robet S. Belovich*_____
Robert S. Belovich, Esq. (0024187)
Robert S. Belovich, Attorney LLC
8227 Brecksville Road, Suite 201
Brecksville, Ohio 44141-1363
(440) 503-8770
rsb@belovichlaw.com

Anand N. Misra, Esq. (0067594)
The Misra Law Firm, LLC
3659 Green Road, Suite 100
Beachwood, Ohio 44122
(216) 752-3330
misraan@misralaw.com

**Counsel for Plaintiff**

***<u>H. Toby Schisler</u>*** _____
H. Toby Schisler, Esq. (0068306)
DINSMORE & SHOHL, LLP
1900 First Financial Center
255 E. Fifth Street
Cincinnati, Ohio 45202
(513) 977-8200
toby.schisler@dinsmore.com

**Counsel for Defendants**