# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROXANNE SELLARDS,<br><br>     Plaintiff,<br><br> -vs-<br><br>ASSET ACCEPTANCE, LLC., *et al.*<br>     Defendant. | Case No. 1:20-cv-2676<br>JUDGE CHARLES E. FLEMING<br>MAG. JUDGE THOMAS M. PARKER<br><br>**AGREED ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT** |

  Plaintiff Roxanne Sellards filed this lawsuit, on behalf of herself and all members of the proposed Class, which was removed to this Court on December 1, 2020. (Doc. No. 1). The parties ultimately participated in a Settlement Conference with the Magistrate Judge on January 9, 2023 that was continued, in progress, to February 1, 2023. (Doc. No. 27). At the conclusion of the settlement conference, the parties reached an agreement to resolve this matter on a class-wide basis. (Doc. No. 28).

  On March 31, 2023, the parties filed a Joint Motion for Preliminary Approval of Class Settlement with Memorandum in Support. (Doc. No. 34). On May 2, 2023, Magistrate Judge Thomas M. Parker issued a Report and Recommendation granting the Motion for Preliminary Approval. (Doc. No. 39). On May 25, 2023, the Court issued its Order Adopting the Report and Recommendation. (Doc. No. 40). As fully set forth in the Order, the Court found that all of the requirements were satisfied to certify a Class under Rule 23 of the Federal Rules of Civil Procedure. The Court also found that the notice to be delivered to Class Members comports with due process and represents the best notice practicable under the circumstances.

  Pursuant to the terms of the Order and the Class Settlement Agreement, Defendants delivered Notice to the Class as directed. The Class Notice advised Class Members of the Fairness Hearing to be conducted by the Court on September 18, 2023.

The Court conducted a Fairness Hearing on September 18, 2023 at 9:00 AM ET in Courtroom 11B before Magistrate Judge Thomas M. Parker. No Class Members appeared at or presented evidence during the Fairness Hearing. During the Fairness Hearing, counsel for the parties summarized the delivery of Notice to Class Members and confirmed that no Class Members have presented any objections to the Class Settlement or requested to opt out of the Class Settlement. Defendants have filed a Declaration with the Court confirming that the Notice was delivered to Class Members pursuant to the terms of the Order Granting Preliminary Approval, and that there have been no objections nor opt-out requests presented by Class Members. (Doc. No. 41).

Accordingly, the Court hereby concludes that the Settlement Agreement is fair, reasonable, and adequate, and should be finally and fully approved. Thus, the Court hereby GRANTS FINAL APPROVAL of the Class Settlement preliminarily approved by the May 25, 2023 Order. All aspects of the May 25, 2023 Order granting Preliminary Approval are incorporated by reference as if fully set forth in this Order. The Court hereby fully approves the Settlement Agreement attached as Exhibit 2 to the May 25, 2023 Order.

Defendants are ORDERED to distribute the Settlement Amount pursuant to the provisions of Sections 6 and 15 of the Settlement Agreement.

Having resolved all aspects of this litigation through the settlement reached by the parties, all claims asserted by Plaintiff, in her individual capacity and as representative of the Class, are hereby DISMISSED WITH PREJUDICE, pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Court shall retain jurisdiction to enforce any aspect of the Settlement Agreement.

SO ORDERED

_____
Judge Charles E. Fleming

Submitted by:

**_Robet S. Belovich_____**
Robert S. Belovich, Esq. (0024187)
Robert S. Belovich, Attorney LLC
8227 Brecksville Road, Suite 201
Brecksville, Ohio 44141-1363
(440) 503-8770
rsb@belovichlaw.com

Anand N. Misra, Esq. (0067594)
The Misra Law Firm, LLC
3659 Green Road, Suite 100
Beachwood, Ohio 44122
(216) 752-3330
misraan@misralaw.com

**Counsel for Plaintiff**


**_H. Toby Schisler_____**
H. Toby Schisler, Esq. (0068306)
DINSMORE & SHOHL, LLP
1900 First Financial Center
255 E. Fifth Street
Cincinnati, Ohio 45202
(513) 977-8200
toby.schisler@dinsmore.com

**Counsel for Defendants**